**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

KEITH D. BREWER
ADC #143434                                                                                          PLAINTIFF

V.                                              4:09CV00228 JTR

BRUCE PENNINGTON,
Sheriff, Saline County Sheriff's Department, et al.                                        DEFENDANTS

**ORDER[1]**

This is a *pro se* § 1983 action commenced by Plaintiff, who is currently incarcerated at the Cummins Unit of the Arkansas Department of Correction.

On August 12, 2009, Defendants filed a Motion requesting an additional thirty days to respond to Plaintiff's Requests for Production. *See* docket entry #36. Defendants explain that they need additional time because Plaintiff's Requests are voluminous, and their attorney has been involved in a jury trial. *Id.* Further, the Court notes that the requested extension will not run afoul of the October 22, 2009 discovery deadline. *See* docket entry #19. Accordingly, the Court finds good cause for granting Defendants' Motion.

In light of this ruling, Plaintiff's Motion to Compel Defendants to respond to his Requests for Production and his Motion for Default Judgment (for failing to respond to his Requests for Production) are now moot. *See* docket entries #38 and #39.

IT IS THEREFORE ORDERED THAT:

1.      Defendants' Motion for an Extension of Time (docket entry #36) is GRANTED.

---

[1] On May 18, 2009, the parties consented to proceed before a United States Magistrate Judge. *See* docket entry #28.

2. Defendants shall respond to Plaintiff's Requests for Production **within fourteen days of the entry of this Order.**

3. Plaintiff's Motion to Compel Discovery (docket entry #39) and Motion for Default Judgment (docket entry #38) are DENIED, AS MOOT.

Dated this 20th day of August, 2009.

_____
UNITED STATES MAGISTRATE JUDGE